JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONG WON, SANG OK PAE, MEESON PAE YANG, and SAMUEL S. LEE,<br><br>Plaintiffs,<br><br>v.<br><br>RECONTRUST COMPANY, N.A.; BANK OF NEW YORK MELLON CORPORATION; SAFEGAURD PROPERTIES MANAGEMENT, LLC; STONECREST ACQUISITIONS, LLC; JOHN M. HOCHHAUSLER; CORI B. JONES; and DOES 1 through 250,<br><br>Defendants. | Case No. 2:21-cv-08898-MCS-JEM<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Motions to Dismiss, Denying Motions for Default Judgment and Motion to Dismiss, and Granting Motions for Sanctions, it is ordered, adjudged, and decreed that the case is dismissed with prejudice. Plaintiffs shall take nothing from this action. Defendants are entitled to their costs of suit; Defendant Safeguard Properties Management, LLC and John M. Hochhausler together are entitled to attorney's fees in the amount of $11,931.00; and Defendant Stonecrest Acquisitions, LLC is entitled to attorney's fees in the amount of $8,750.00.

**IT IS SO ORDERED.**

Dated: March 30, 2022

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE